**Danita CHRISTIE, Plaintiff-Appellant,**

v.

**Mark A. LESTER; et al., Defendants-Appellees.**

No. 15-55982

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2017 *

Filed March 21, 2017

Danita Christie, Pro Se

Jonathan Berres Cole, Esquire, Attorney, David B. Owen, Mark Schaeffer, Nemecek & Cole, LLP, Sherman Oaks, CA, for Defendants-Appellees Mark A. Lester, James G. Jones, Jones & Lester, LLP

Leah Capko, Pro Se

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Danita Christie appeals pro se from the district court's judgment dismissing Christie's diversity action alleging malicious prosecution. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's grant of a motion to strike under California's anti-Strategic Litigation Against Public Policy ("anti-SLAPP") statute. *Manufactured Home Cmtys., Inc. v. County of San Diego*, 655 F.3d 1171, 1176 (9th Cir. 2011). We affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court properly granted defendants' special motion under California's anti-SLAPP statute to strike Christie's malicious prosecution claims because Christie's claims were based on protected activity and Christie failed to show a probability of prevailing on the merits, as Christie did. not show defendants lacked probable cause for the breach of trust claim regarding trust distributions. *See Roberts v. McAfee, Inc.*, 660 F.3d 1156, 1163 (9th Cir. 2011) (outlining two-prong test for anti-SLAPP motion, and explaining that lack of probable cause is a necessary element of a malicious prosecution claim).

We reject as without merit Christie's contention that the district court should have dismissed the Montana state court order.

All pending requests are denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.